UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERXAVIER L. LANE (#508509)                                CIVIL ACTION

VERSUS

NICHOLAS SANDERS, ET AL.                                   NO. 20-00040-BAJ-SDJ

## RULING AND ORDER

On January 16, 2020, Plaintiff, an inmate incarcerated at the Louisiana State Penitentiary, filed a *pro se* Complaint under 42 U.S.C. § 1983, alleging unconstitutional conditions of confinement. (Doc. 1). Later, on March 2, 2020, Plaintiff filed a Motion to Proceed *In Forma Pauperis*, (Doc. 6), which the Magistrate Judge granted by order dated July 13, 2020. (Doc. 7). The Magistrate Judge's July 13 Order further directed Plaintiff to pay an initial partial filing fee of $5.00 within 21 days, or risk dismissal without further notice. (Doc. 7 at 21).

Plaintiff failed to timely pay the initial filing fee. Accordingly, on August 17, 2020, the Magistrate Judge ordered Plaintiff to show cause why his action should not be dismissed. (Doc. 8).

Plaintiff timely responded to the Magistrate Judge's August 17 Show Cause Order, stating that he did not receive the July 13 Order granting *pauper* status and ordering payment of the initial partial filing fee until after the time period for payment had passed. (Doc. 9). Accordingly, on December 30, 2020, the Magistrate Judge issued a renewed order directing Plaintiff to pay the $5.00 partial filing fee

within 21 days. (Doc. 10). And, again, the Magistrate Judge warned that Plaintiff's failure to pay the fee may result in dismissal without further notice. (*Id.*).

The record reflects that, despite having received multiple notices, Petitioner still has not paid the initial $5.00 partial filing fee. As such, Petitioner's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**